**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 20-243** |
| **EMIR SALAS**<br>*Defendant* | : | |

**O R D E R**

**AND NOW**, this 23rd day of September 2021, upon consideration of the Government's unopposed letter request to unimpound the Information, it is hereby **ORDERED** that the request is **GRANTED**, and the Information is **UNIMPOUNDED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*